```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/21
```

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

**Daniel S. Shamah**
D: +1 212 326 2138
dshamah@omm.com

June 16, 2021

**VIA ECF AND EMAIL**

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Argonaut Insurance Co. v. Matthew D. Rosen, et al.*, Case No. 1:21-cv-02690 (AJN)

Dear Judge Nathan,

We are counsel to defendants Marvin Rosen ("Marvin Rosen") and Michael Del Guidice ("Del Guidice"), David Kistenbroker of Dechert LLP is counsel to Matthew D. Rosen ("Matthew Rosen"), Sean Coffey of Kramer Levin Naftalis & Frankel LLP is counsel to John Rosen ("Jack Rosen"), Larry Blum ("Blum"), Paul O'Brien ("O'Brien") and William Rubin ("Rubin")[1] and Evan Bolla of Harris St. Laurent & Wechsler LLP is counsel to Lewis Dickey ("Dickey") and Rafe de la Gueronniere ("de la Gueronniere") ("Defendants") in the above-referenced matter.

We are writing on behalf of the Defendants to respectfully request an extension, from July 1 to August 11, 2021, of their time to file answers to the complaint (the "Complaint", D.E. 3). Plaintiff Argonaut Insurance Company ("Plaintiff") consents to this request. This is the parties' third request for an extension.

In light of the above extension, Defendants also request for an adjournment of the July 2 status conference, to a future date.

Defendants request this extension to allow Plaintiff time to complete service on all other defendants and to allow time for the parties to discuss potential defense coverage through other sources beyond Plaintiff and an overall resolution of the underlying litigation. The parties are available for a conference at the Court's convenience and confirm that all future requests of this nature will be submitted in accordance with Your Honor's Individual Practices in Civil Cases, at least forty-eight (48) hours in advance of any such deadline.

We thank the Court for its attention to this matter.

**SO ORDERED.**

*/s/ Alison J. Nathan*
**6/21/21**

> The conference is adjourned to September 3, 2021 at 3:45 P.M.

---

[1] Kramer Levin also represents Philip D. Turits, but Turits filed for bankruptcy. (D.E. 33). As a result, this case remains stayed as to him.

Respectfully submitted,

*/s/ Daniel S. Shamah*

Daniel S. Shamah

cc: David Kistenbroker, Sean Coffey and Evan Bolla (via e-mail)