# DEWEY PEGNO & KRAMARSKY LLP

777 THIRD AVENUE  NEW YORK, NEW YORK  10017

PHONE: (212) 943-9000  FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

August 10, 2021

VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021

The Honorable Alison J. Nathan
United States District Judge
40 Foley Square
New York, New York 10007

Re:   *Argonaut Insurance Co. v. Matthew D. Rosen, et al.*, Case No. 1:21-cv-02690 (AJN)

Dear Judge Nathan:

We are counsel to Defendant Holcombe T. Green, Jr. but write on behalf of all Defendants and their counsel in the above-referenced matter,[1] respectfully to request an extension, from August 11, 2021 to September 10, 2021, of their time to respond to the complaint (the "Complaint," Dkt. No. 3) to align with Plaintiff Argonaut Insurance Company's anticipated filing of an amended complaint and to allow the parties the opportunity to explore whether alternative dispute resolution may be feasible to avoid coverage litigation. Defendants further request an adjournment of the September 3, 2021 status conference, to a future date.

We have conferred with Plaintiff respecting this fourth extension request (as it relates to at least certain of the twelve Defendants) and Plaintiff has consented to this extension for all Defendants.

The parties are available for a conference at the Court's convenience. We thank the Court for its attention to this matter.

SO ORDERED.

*Alison J. Nathan*

8/10/2021

**The initial pretrial conference is adjourned to October 22, 2021 at 3:45 P.M.**

Respectfully submitted,

David S. Pegno

---

[1] David Kistenbroker of Dechert LLP is counsel to Matthew D. Rosen, Daniel S. Shamah of O'Melveny & Myers LLP is counsel to Marvin Rosen and Michael Del Guidice, Sean Coffey of Kramer Levin Naftalis & Frankel LLP is counsel to John Rosen, Larry Blum, Paul O'Brien, William Rubin, and Philip D. Turits. Evan Bolla of Harris St. Laurent & Wechsler LLP is counsel to Lewis Dickey and Rafe de la Gueronniere, and Monica Asher of McDermott Will & Emory LLP is counsel to Holcombe T. Green, III (collectively, "Defendants").