UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ARGONAUT INSURANCE COMPANY,

                      Plaintiff,

  v.

MATTHEW D. ROSEN, MARVIN ROSEN, PHILIP D. TURITS, JOHN ROSEN, MICHAEL DEL GUIDICE, LARRY BLUM, WILLIAM RUBIN, PAUL O'BRIEN, HOLCOMBE T. GREEN, JR., HOLCOMBE T. GREEN, III, LEWIS DICKEY, and RAFE DE LA GUERONNIERE,

                      Defendants.
------------------------------------------------------------------- X

No.:  1:21-cv-02690-AJN

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated: New York, New York
        August 23, 2021

                                        **Robinson & Cole LLP**
                                        Attorneys for Plaintiff
                                        ARGONAUT INSURANCE COMPANY

                                 By: /s/ Erica J. Kerstein
                                        Erica J. Kerstein, Esq.
                                        Chrysler East Building
                                        666 Third Avenue, 20th Floor
                                        New York, New York 10017
                                        Phone: 212.451.2970
                                        Fax: 212.451.2999
                                        ekerstein@rc.com

**SO ORDERED**, this \_\_ day of August, 2021.

_____